FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2014

No. 04-13-00614-CV

Kathryne **VAUSE**,
Appellant

v.

**LIBERTY INSURANCE CORPORATION** and Justin A. Smith,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 07-2231-CV
William Old, Judge Presiding

# O R D E R

Appellant's brief was due to be filed on December 12, 2013. This court granted Appellant's first, second, and third motions for extension of time to file the brief until February 24, 2014. In our January 28, 2014 order, we warned Appellant that "**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.**" We also warned that "[i]f Appellant fails to file the brief as ordered, the court may dismiss this appeal for want of prosecution." Appellant did not file the brief as ordered.

On February 24, 2014, Appellant's counsel filed an unopposed fourth motion for extension of time to file the brief until March 26, 2014, for a total extension of 104 days. In the motion, counsel described his recent major surgery and delayed recovery. As an unopposed motion, counsel's explanations are reasonable to justify a further extension up to, *but not further than*, the requested date. *See* TEX. R. APP. P. 10.5(b).

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than March 26, 2014. *See* TEX. R. APP. P. 38.6(d). **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** If Appellant fails to file the brief as ordered, **the court may dismiss this appeal**. *See id.* R. 38.8(a)(1), 42.3(b), (c).

FILE COPY

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2014.

Keith E. Hottle
Clerk of Court